IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| FREEDOM WATCH, INC., | |
| Plaintiff, | |
| v. | Case Number: 1:21cv22614 |
| YOUTUBE, LLC, et al | |
| Defendants. | |

## NOTICE OF RELATED CASE AND REQUEST TO REASSIGN THIS CASE TO HON. K. MICHAEL MOORE

Plaintiff Freedom Watch, Inc. hereby informs the Court that this matter was designated as related to *Trump v. YouTube LLC et al*, 1:21-cv-22445 ("*Trump*") at the time of filing on the Civil Cover Sheet. However, this case appears to have been inadvertently assigned to the Honorable Beth Bloom instead.

This case involves identical facts to *Trump*, the same Defendants as *Trump*, and alleges the exact same counts (First Amendment violation and Declaratory Judgment) as *Trump*. It is therefore clearly a related case to *Trump*. Accordingly, for the sake of judicial efficiency, Plaintiff Freedom Watch respectfully requests that this case be reassigned to Hon K. Michael Moore as a related case to *Trump*, as Plaintiff designated at the time of filing.

Dated: July 22, 2021                                         Respectfully submitted,

                                                             /s/ Larry Klayman

1

Larry Klayman, Esq.
General Counsel
FL Bar No. 246220
**FREEDOM WATCH, INC.**
7050 W. Palmetto Park Road
Boca Raton, FL  33433
Tel.:  561-558-5536
Email:  leklayman@gmail.com

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, July 22, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

/s/ Larry Klayman_____
